# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

MICHAEL LANE,

    Plaintiff

    v.        CASE NUMBER: 06-C-866

JEFFREY P. ENDICOTT and
SCOTT ECKSTEIN,

    Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court. The issues have heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **dismissed.**

| | |
|---|---|
| April 30, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Rudolph T. Randa |
| | (By) Deputy Clerk |